Patricia KAPLAN and Howell Kaplan, h/w, Petitioners

v.

DON'S CHARTER & TOUR SERVICE, INC. and William Clapp, Respondents

v.

Agency Rent–A–Car and Jerry Dicker, Respondents.

Supreme Court of Pennsylvania.

May 21, 2001.

### ORDER

PER CURIAM:

AND NOW, this 21st day of May, 2001, the Petition for Allowance of Appeal is hereby granted, limited to the following question:

Whether defense counsel's references to hearsay in the presence of the jury were so egregious and patently prejudicial as to require the grant of a new trial.